IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNATHAN JOHNSON
#161148                                                                                   PLAINTIFF

v.                         No. 4:25-cv-907-DPM

PULASKI COUNTY JAIL                                                        DEFENDANT

ORDER

1. The Court withdraws the reference.

2. Johnson hasn't filed an application to proceed *in forma pauperis* or paid the $405 filing and administrative fees; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2025