IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHNATHAN JOHNSON
#161148                                                                                          PLAINTIFF

v.                              No. 4:25-cv-907-DPM

PULASKI COUNTY JAIL                                                          DEFENDANT

JUDGMENT

Johnson's complaint is dismissed without prejudice.

*W.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

28 October 2025